UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No. 8:04-cr-219-T-23MAP

EDWARD CHROSTOWSKI
_____

## AMENDED ORDER

This cause came on for consideration upon the filing of Defendant's Agreed Motion to Amend Order (Dkt. 107). The Court previously granted Defendant's request for a temporary return of his wife, Marta Chrostowski's passport for the purpose of renewing her employment authorization visa at a meeting scheduled for June 27, 2005 (Dkt. 99). Defendant notifies the Court that the meeting is actually scheduled to take place on July 27, 2005.

Accordingly, it is Ordered that Marta Chrostowski may obtain her passport from the pretrial services office on or after July 25, 2005, and shall return the passport to the pretrial services office on or before July 29, 2005.

DONE and ORDERED in Tampa, Florida on this ___5th___ day of July, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:
  United States Attorney
  United States Pretrial Services Office
  Counsel for Defendant